UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

    Plaintiff,

v.

WESTIN HOTELS MANAGEMENT LP, et al.,

    Defendants.

Case No. 19-cv-06545-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

I entered an order on December 16, 2020, adopting Magistrate Judge Kandis A. Westmore's Report and Recommendation a month earlier that explained clearly why plaintiff Vinton Frost's allegations are frivolous; they address incidents barred by the statute of limitation. But I allowed Frost to file an amended complaint by January 3, 2020 instead of dismissing his complaint with prejudice. Dkt. No. 9.

Instead of amending the complaint, since that time Frost has filed a motion to continue, a motion to stay, a motion for reconsideration, and a request for extension. Frost initially requested an extension to February 3, 2020, which I granted. Dkt. No. 12. He requested an extension to March 2, 2020, which I granted. Dkt. No. 14.[1] I then extended his deadline to April 6, 2020 and warned him that this was the last time. Dkt. No. 16. I again granted him an extension to April 20, 2020 for the absolute last time. Dkt. No. 18. He asked for another extension, but I denied it,

---

[1] On March 19, 2020, in *Vinton Frost v. Office of the United States Attorney General et al.*, Case No. 19-cv-05190-EMC, Judge Edward M. Chen declared Frost a vexatious litigant and directed that the "Clerk of this Court shall not file or accept any further complaints filed by or on behalf on Mr. Frost alleging any claims against any federal entity or any current or former federal employee, including individual current or former federal employees acting in their official or individual capacities, unless and until that complaint has first been received by the general duty judge of this Court and approved for filing." [Dkt. No. 55]. On March 23, 2020, Judge Chen denied Frost's motion for leave to file a motion for reconsideration. [Dkt. No. 57].

warning him that failure to file an amended complaint by April 20, 2020 will lead to dismissal of this case for failure to prosecute. Dkt. No. 20. Instead of filing an amended complaint, on April 21, 2020, Frost filed a "Notice of Rule 9b Violation" because it appears he takes issue with the fact that my previous order did not mention his pending appeal in another case. Dkt. No. 21.

It has been four months since I adopted Magistrate Judge Westmore's Report & Recommendation. The April 20, 2020 deadline has passed and Frost has not filed an amended complaint. IT IS HEREBY ORDERED that this case be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 28, 2020

William H. Orrick
United States District Judge